[Names and addresses of Counsel on signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARMEN SPICHER and DAVID FLEMING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AIDELLS SAUSAGE COMPANY, INC.,<br><br>Defendant. | Case No. 3:15-cv-05012-WHO<br><br>**STIPULATION AND ORDER CONTINUING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Honorable William H. Orrick, III. |

WHEREAS, the process for reaching agreement on the language of a notice to class members notifying them of this lawsuit and giving them an opportunity to opt out if they do not want their names and contact information produced to Plaintiffs' counsel has taken longer than expected;

WHEREAS, the parties have been meeting and conferring and attempting to resolve various discovery issues, and that process has taken longer than expected;

WHEREAS, the parties will be better able to brief class certification issues when they are more fully informed about the facts of the case;

The parties, through their respective counsel of record, hereby stipulate and agree as follows:

1. The schedule for the briefing of Plaintiffs' motion for class certification shall be continued as follows:
    a. The date for plaintiffs to file the motion for class certification shall be continued from June 21, 2016 to July 21, 2016;
    b. The date for Defendants to oppose the class certification motion shall be continued from July 27, 2016 to August 26, 2016;
    c. The deadline for Plaintiffs to file a reply brief in support of their motion for class certification shall be continued from August 26, 2016 to September 26, 2016.
2. The hearing on Plaintiffs' motion for class certification shall be continued from September 14, 2016 to October 12, 2016.

DATED:  April 26, 2016

*/s/ John T. Mullan*
JOHN T. MULLAN (SBN: 221149)
MICHELLE G. LEE (SBN: 266167)
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA  94104
Telephone:  (415) 434-9800
Facsimile:  (415) 434-0513
Email: jtm@rezlaw.com
Email: mgl@rezlaw.com

DATED:  April 26, 2016

*/s/ James M. Finberg*
JAMES M. FINBERG (SBN: 114850)
EVE H. CERVANTEZ (SBN: 164709)
CONNIE K. CHAN (SBN: 284230)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
Email: jfinberg@altshulerberzon.com
Email: ecervantez@altshulerberzon.com
Email: cchan@altshulerberzon.com

Attorneys for Plaintiffs CARMEN SPICHER and DAVID FLEMING, and all others similarly situated

DATED:  April 26, 2016

*/s/ Thomas M. McInerney*
THOMAS M. MCINERNEY, CA Bar No. 162055
thomas.mcinerney@ogletreedeakins.com
CAROLYN B. HALL, CA Bar No. 212311
carolyn.hall@ogletreedeakins.com
RINA WANG, CA Bar No. 269608
rina.wang@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
AIDELLS SAUSAGE COMPANY, INC.

2
STIPULATION AND ORDER CONTINUING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION; Case No. 3:15-CV-05012-WHO

**ORDER**

The forgoing stipulation is approved, and

IT IS SO ORDERED as follows:

1. The schedule for the briefing of Plaintiffs' motion for class certification shall be continued as follows:

    a. The date for plaintiffs to file the motion for class certification shall be continued from June 21, 2016 to July 21, 2016;

    b. The date for Defendants to oppose the class certification motion shall be continued from July 27, 2016 to August 26, 2016;

    c. The deadline for Plaintiffs to file a reply brief in support of their motion for class certification shall be continued from August 26, 2016 to September 26, 2016.

2. The hearing on Plaintiffs' motion for class certification shall be continued from September 14, 2016 to October 12, 2016.

DATED:  April 29, 2016

_____
HON. WILLIAM H. ORRICK III
DISTRICT COURT JUDGE

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

DATED:  April 26, 2016

/s/ *James M. Finberg*
James M. Finberg

Attorney for Plaintiffs

3